FILED

**SEND** 2005 SEP 13 PM 4:01

CLERK ... COURT
CENT... CALIF.

BY ----

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| **PATRICIA DAVIS RAYNES** | **CV05- 6740 ABC (CTx)** |
| PLAINTIFF(S) | |
| V. | **NOTICE TO PARTIES OF ADR PILOT** |
| **MARVIN DAVIS** | **PROGRAM** |
| DEFENDANT(S). | |

Dear Counsel,

The district judge to whom the above-referenced case has been assigned is participating in an ADR Pilot Program. All counsel of record are directed to jointly complete the attached ADR Pilot Program Questionnaire, and plaintiff's counsel (or defendant in a removal case) is directed to concurrently file the Questionnaire with the report required under Federal Rules of Civil Procedure 26(f).

Clerk, U.S. District Court

09/13/05

Date

By: KLGLOVER

Deputy Clerk

DOCKETED ON CM

SEP 19 2005

BY ___

*cc: Attorney Settlement Officer Panel Coordinator*

ADR-8 (05/03)    NOTICE TO PARTIES OF ADR PILOT PROGRAM



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PATRICIA DAVIS RAYNES

PLAINTIFF(S)

V.

MARVIN DAVIS

DEFENDANT(S).

CASE NUMBER

**CV05- 6740 ABC (CTx)**

**ADR PILOT PROGRAM QUESTIONNAIRE**

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation?  Please outline with specificity the type(s) of discovery and proposed completion date(s).  Please outline any areas of disagreement int this regard.  Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

_____

_____

_____

_____

_____

_____

_____

(2) What are the damage amounts being claimed by each plaintiff? Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

_____

_____

_____

_____

_____

_____

_____

_____

_____

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Pilot Program?

Yes [ ]    No [ ]

(4) if this case is in category civil rights - employment (442), check all boxes that describe the legal bases of

plaintiff claim(s).

[ ] Title VII    .

[ ] 42 U.S.C. section 1983

[ ] Americans with Disabilities Act of 1990

[ ] Other _____

[ ] Age Discrimination

[ ] California Fair Employment and Housing Act

[ ] Rehabilitation Act

_____

_____

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and
correct.

_____
Date

_____
Attorney for Plaintiff  (Signature)

_____
Attorney for Plaintiff  (Please print full name)

_____
Date

_____
Attorney for Defendant  (Signature)

_____
Attorney for Defendant  (Please print full name)